NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1053

BASELOAD ENERGY, INC.,

Plaintiff-Appellant,

v.

BRYAN W. ROBERTS,

Defendant-Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 08-CV-1838, Judge Paul L. Friedman.

ON MOTION

ORDER

Upon consideration of Baseload Energy Inc.'s motion for a 7-day extension of time, until March 19, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

MAR 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   John M. Weyrauch, Esq.
      William T. Bisset, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2010

JAN HORBALY
CLERK